# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163040(3)

GRIEVANCE ADMINISTRATOR,
   Petitioner-Appellee,

v

SC: 163040
ADB: 19-000083-GA

PETER ALBERTINS,
   Respondent-Appellant.
_____/

   On order of the Chief Justice, the motion of respondent-appellant to waive filing fees is GRANTED as to this case only.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2021



         Clerk